2023 AUG 21 PM 4:15

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Angel Ruiz

1 Metropolitan Oval Apt 3E, Bronx, NY 10462

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

Parkchester    -against-

Public Safety Department

2000 E. Tremont Ave

Bronx, NY 10462

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My rights for being gay and disable, and also my rights as an immigrant.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Angel Ruiz_ , is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Parkchester Public Safety Depart_, is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _Parkchester Public Safety Department_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _New York_

and has its principal place of business in _New York_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Angel_ _L._ _Ruiz_
First Name    Middle Initial    Last Name

_1 Metropolitan Oval Apt 3E_
Street Address

_Bronx_    _NY_    _10462_
County, City    State    Zip Code

_(305) 988-7751_    _love4art2020@icloud.com_
Telephone Number    Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Public Safety    Department (Parkchester)
First Name               Last Name

Current Job Title (or other identifying information)
2000 E. Treamont Ave
Current Work Address (or other address where defendant may be served)
Bronx        NY            10462
County, City         State          Zip Code

Defendant 2:    John        Doe
First Name         Last Name
Officer
Current Job Title (or other identifying information)
2000 E. Treamont Ave
Current Work Address (or other address where defendant may be served)
Bronx        NY            10462
County, City         State          Zip Code

Defendant 3:    John        Doe
First Name         Last Name
Officer
Current Job Title (or other identifying information)
2000 E. Treamont Ave
Current Work Address (or other address where defendant may be served)
Bronx        NY            10462
County, City         State          Zip Code

Defendant 4: **John**     **Doe**
First Name          Last Name

**Office**

Current Job Title (or other identifying information)

**2000 E. Treemont Ave**

Current Work Address (or other address where defendant may be served)

**Bronx          NY          10462**

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Parkchester Apartments**

Date(s) of occurrence: **January 13, 2021**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I Angel Ruiz went to CTown Supermarket on 1580 Union Port Rd. To buy a lightbulb with Quarters. I ask the cashier and she tell me to ask the manager of the Supermarket And he said no and say to me Faggots like me need to be killed. He say leave the store or I swear to God I'm going to kill you. I leave the store, he follow me. Jump on me and put his hands around my neck and tried to strangle me. I go across the street from my building. To the public Safety in the Circle. I report it to 3 officers. They didn't take my report. they didn't go where the hate crime occurred. And the human rights Division they

Page 5

Subpoena the footage from the camera's. and they denied the request and denied the body camera's from the three officers. And the camera across the street from the supermarket. They never do an investigation and never report to the police or FBI.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental and Physical trauma. Because I'm disable. I live in fear for the saftiness of my life. I've been homebound for 18 months because of that incident.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

10 million dollars

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8-18-23 | Angel Luis Ruiz |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Angel | L. | Ruiz |
| First Name | Middle Initial | Last Name |

1 Metropolitan Oval Apt 3E
Street Address

| | | |
|---|---|---|
| Bronx | NY | 104 |
| County, City | State | Zip Code |

| | |
|---|---|
| (305) 988-7751 | love4art2021@icloud.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☑ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Angel Ruiz
1 Metropolitan Oval Apt 3E
Bronx, NY 10462

USMPS
SDNY

U.S. District Court-
Southern District of New
York
   500 Peart Street
   New York, NY 10007

Pro-SE Intake Unit