UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL RUIZ,<br><br>                    Plaintiff,<br><br>   -against-<br><br>PARKCHESTER PUBLIC SAFETY DEPARTMENT; JOHN DOE; JOHN DOE; JOHN DOE,<br><br>                    Defendants. | 1:23-CV-7423 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 20, 2023
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                 Chief United States District Judge